UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

$41,700.00 in U.S. CURRENCY
Defendant

Civil No. 06-2070 (SEC)

## CONSENT ORDER OF FORFEITURE AND FINAL JUDGMENT

On December 3, 2007, the parties reached an agreement and submitted a Joint Stipulation for Compromise Settlement where the claims of José Arvelo were settled. See, Docket # 33. There, the parties agreed to a resolution of the issues regarding the forfeiture of claimant's property, $41,700.00 in U.S. Currency.

WHEREAS, claimant will retain $12,500.00 of the defendant propert, and the remaining $29,200.00 in U.S. Currency will be forfeited by the United States of America.

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against $29,200.00 of the defendant property, claimed by José Arvelo, which shall be disposed of by the United States according to law and the terms of this Order.

2. The United States shall issue a check in the amount of $12,500.00 payable to claimant, Jose Arvelo.

Civil Case No. 06-2070(SEC)

3. The parties shall be responsible for payment of their own expenses, including attorney fees, incurred in connection with this proceeding.

SO ORDERED, this 18 day of DEC., 2007

SALVADOR E. CASELLAS
United States Senior District Judge